IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEAGUE OF WOMEN VOTERS OF
ARKANSAS, ET AL.                                                                                      PLAINTIFFS

v.                              CASE NO. 5:25-CV-05087-TLB

COLE JESTER, in his official capacity
as Secretary of State of Arkansas                                                          DEFENDANT

## NOTICE OF APPEARANCE

To:     The Clerk of the Court and all Parties of Record

I am admitted to practice in this court and appear in this case as counsel of record for Arkansas Secretary of State Cole Jester, in his official capacity. I request to be copied on any and all future notices, pleadings, correspondence, and other papers in this matter from this point forward.

May 14, 2025                                              Respectfully submitted,

                                                                        Jordan Broyles
                                                                        Ark. Bar No. 2015156
                                                                        Senior Assistant Attorney General

                                                                        Office of the Attorney General
                                                                        323 Center Street, Suite 200
                                                                        Little Rock, AR 72201
                                                                        (501) 301-0169
                                                                        (501) 682-2591
                                                                        jordan.broyles@arkansasag.gov

                                                                        *Counsel for Arkansas Secretary of
                                                                        State Cole Jester*