IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF ARKANSAS, INC, SAVE AR DEMOCRACY, and BONNIE HEATHER MILLER and DANIELLE QUESNELL<br><br>*Plaintiffs,*<br><br>v.<br><br>COLE JESTER, in his official capacity as Secretary of State of Arkansas,<br><br>*Defendant.* | Case No. 5:25-cv-05087-TLB |

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs League of Women Voters of Arkansas ("LWVAR"), Save AR Democracy ("SARD"), Bonnie Heather Miller, and Danielle Quesnell (collectively, "Plaintiffs") and for their Motion for Temporary restraining Order and Preliminary Injunction state:

1. Pursuant to F. R. Civ. R. 65 the Plaintiffs move for a temporary restraining order and preliminary injunction.

2. The Plaintiffs filed their Complaint on April 21, 2025. The Defendant answered the complaint on June 20, 2025.

3. The motion is supported by the following affidavits:

    Exhibit 1    Bonnie Miller
    Exhibit 2    Danielle Quesnell
    Exhibit 3    Sarah Thompson
    Exhibit 4    Amy Cruz
    Exhibit 5    Paula White
    Exhibit 6    Veronica McLane
    Exhibit 7    Rachel Spencer

|   |   |
|---|---|
| Exhibit 8  | Lee Evans |
| Exhibit 9  | Kristin Stuart |
| Exhibit 10 | Kellie Cobb |
| Exhibit 11 | Kathryn Fahey |
| Exhibit 12 | Johnny Rickman |

4. A memorandum brief in support has been filed.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion for a temporary restraining order and preliminary injunction and enjoin Defendant from enforcing the laws sought to be declared unconstitutional during the pendency of this litigation.

Respectfully submitted,

/s/ David A. Couch

David A. Couch
PO Box 7530
Little Rock, AR 72227
(501) 661-1300
david@davidcouchlaw.com

*Attorneys for the Plaintiffs*

Michael Dockterman (*pro hac vice* forthcoming)
Cara Lawson (*pro hac vice* forthcoming)
Steptoe LLP
227 W. Monroe, Suite 4700
Chicago, IL 60606
(312) 577-1300
mdockterman@steptoe.com
clawson@steptoe.com

*Attorneys for Plaintiff League of Women Voters of Arkansas*