IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF ARKANSAS, SAVE AR DEMOCRACY, BONNIE HEATHER MILLER, and DANIELLE QUESNELL | Plaintiffs |
| and | |
| PROTECT AR RIGHTS and FOR AR KIDS | Intervenor-Plaintiffs |
| v.    Case No. 5:25-cv-05087-TLB | |
| COLE JESTER, Arkansas Secretary of State, in his official capacity | Defendant |
| and | |
| TIM GRIFFIN, Arkansas Attorney General, in his official capacity | Intervenor-Defendant |

## JOINT MOTION FOR A BRIEFING SCHEDULE

The parties have conferred about scheduling in this case. They jointly propose the following briefing schedule:

- Defendants' responses to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 20) and Intervenor-Plaintiffs' Motion for Preliminary Injunction (ECF No. 24) due August 15, 2025.

- Any reply to Defendants' responses due August 22, 2025.

Further, the parties respectfully request that the Court schedule a hearing on the motion for its earliest available time after August 22. The parties anticipate needing a full day, and possibly a second day, for the hearing.

1

Dated: July 25, 2025

JOHN C. WILLIAMS (ABN 2013233)
SHELBY H. SHROFF (ABN 2019234)
Arkansas Civil Liberties
      Union Foundation, Inc.
904 W. 2nd St.
Little Rock, AR 72201
(501) 374-2842
john@acluarkansas.org
shelby@acluarkansas.org

-and-

PETER SHULTS (ABN 2019021)
AMANDA G. ORCUTT (ABN 2019102)
SHULTS LAW FIRM LLP
200 West Capitol Avenue, Suite 1600
Little Rock, Arkansas 72201-3621
(501) 375-2301
pshults@shultslaw.com
aorcutt@shultslaw.com

-and-

BEN STAFFORD*
ELIAS LAW GROUP LLP
1700 Seventh Ave., Suite 2100
Seattle, Washington 98101
Telephone: (206) 656-0177
bstafford@elias.law
*Pro Hac Vice application forthcoming

Counsel for Intervenor-Plaintiffs

Respectfully submitted,

JORDAN BROYLES (ABN 2015156)
RYAN HALE (ABN 2024310)
Senior Assistant Attorneys General
Office of Attorney General Tim Griffin
101 West Capitol Avenue
Little Rock, AR 72201
(501) 301-0169
jordan.broyles@arkansasag.gov
ryan.hale@arkansasag.gov

Counsel for Defendants

DAVID A. COUCH
P.O. Box 7530
Little Rock, AR 72227
(501) 661-1300
david@davidcouchlaw.com

Counsel for Plaintiffs

MICHAEL DOCKTERMAN*
CARA LAWSON*
Steptoe LLP
227 W. Monroe, Suite 4700
Chicago, IL 60606
(312) 577-1300
mdockterman@steptoe.com
clawson@steptoe.com
*Pro Hac Vice application forthcoming

Counsel for Plaintiff League of Women
Voters of Arkansas

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2025, I filed the foregoing on the CM/ECF system, which will serve notice on counsel for all parties.

/s/ *John C. Williams*
John C. Williams