IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF ARKANSAS, ET AL. | PLAINTIFFS |
| and | |
| PROTECT AR RIGHTS and FOR AR KIDS | INTERVENOR-PLAINTIFFS |
| v.         Case No. 5:25-cv-5087-TLB | |
| COLE JESTER, ARKANSAS SECRETARY OF STATE,<br>in his official capacity | DEFENDANT |
| and | |
| TIM GRIFFIN, ARKANSAS ATTORNEY GENERAL,<br>in his official capacity | INTERVENOR-DEFENDANT |

## NOTICE OF APPEARANCE

To:   The Clerk of the Court and all Parties of Record

I am admitted to practice in this court and appear in this case as counsel of record for Arkansas Attorney General Tim Griffin, in his official capacity. I request to be copied on any and all future notices, pleadings, correspondence, and other papers in this matter from this point forward.

August 12, 2025                     Respectfully submitted,

Jordan Broyles
Ark. Bar No. 2015156
Senior Assistant Attorney General

Office of the Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 301-0169
(501) 682-2591
jordan.broyles@arkansasag.gov

*Counsel for Intervenor-Defendant Attorney General Tim Griffin, in his official capacity*