IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF ARKANSAS, SAVE AR DEMOCRACY, BONNIE HEATHER MILLER, and DANIELLE QUESNELL | PLAINTIFFS |
| and | |
| PROTECT AR RIGHTS and FOR AR KIDS | INTERVENOR-PLAINTIFFS |
| v.       Case No. 5:25-cv-5087-TLB | |
| COLE JESTER, ARKANSAS SECRETARY OF STATE, in his official capacity | DEFENDANT |
| and | |
| TIM GRIFFIN, ARKANSAS ATTORNEY GENERAL, in his official capacity | INTERVENOR-DEFENDANT |

**UNOPPOSED MOTION TO FILE CONSOLIDATED RESPONSE IN OPPOSITION TO MOTIONS FOR PRELIMINARY INJUNCTION OF PLAINTIFFS AND INTERVENOR-PLAINTIFFS ON BEHALF OF DEFENDANT JESTER AND INTERVENOR-DEFENDANT GRIFFIN**

Under Local Rule 7.2, Defendant Secretary of State Cole Jester and Intervenor-Defendant Attorney General Tim Griffin, sued in their official capacities, submit an Unopposed Motion to File Consolidated Response in Opposition to Motions for Preliminary Injunction of Plaintiffs and Intervenor-Plaintiffs, and state:

1. Plaintiffs and Intervenor-Plaintiffs have filed separate preliminary-injunction motions.

2. Defendant Cole and Intervenor-Defendant Griffin seek permission to file one consolidated response to the preliminary-injunction motions filed by Plaintiffs and Intervenor-Plaintiffs.

1

3. The majority of the claims raised are duplicative and a consolidated brief eliminates unnecessary repetition.

4. Counsel for the parties have conferred, and neither Plaintiffs nor Intervenor-Plaintiffs object to the filing of a consolidated response.

5. This motion is made in good faith and not for any improper purpose.

WHEREFORE, Defendant Cole and Intervenor-Defendant Griffin pray the Court enter an allowing them to file a consolidated response in opposition to the preliminary-injunction motions of Plaintiffs and Intervenor-Plaintiffs.

Respectfully submitted,

TIM GRIFFIN
Attorney General

Jordan Broyles
Ark. Bar No. 2015156
Senior Assistant Attorney General

Ryan Hale
Ark. Bar No. 2024310
Senior Assistant Attorney General

Office of the Attorney General
101 West Capitol Avenue
Little Rock, AR 72201
(501) 295-7419
(501) 682-2591 fax
jordan.broyles@arkansasag.gov
ryan.hale@arkansasag.gov

*Counsel for Defendant Cole Jester, in his official capacity as Secretary of State, and Intervenor-Defendant Attorney General Tim Griffin, in his official capacity*

2