## Intervenor-Plaintiffs' Preliminary-Injunction Claims

|  | Reading-Level Requirement (Act 602) | Crime-Notification Requirement (Act 218) | ID Requirement (Act 240) | Reading Requirement (Act 274) | Fifty-County Requirement | Pre-Collection Disclosure |
|---|---|---|---|---|---|---|
| 1A: *Meyer*/*Buckley* | x (Count 1) | x (Count 4) | x (Count 4) | x (Count 4) | x (Count 12) | x (Count 11) |
| 1A: content-based restriction | x (Count 2) | x (Count 5) | x (Count 5) |  |  |  |
| 1A: compelled speech |  | x (Count 6) |  |  |  |  |
| Void for vagueness |  |  | x (Count 7) | x (Count 8) |  |  |
| Equal Protection | x (Count 3) |  |  |  |  |  |