**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**LEAGUE OF WOMEN VOTERS OF ARKANSAS;**
**SAVE AR DEMOCRACY; BONNIE HEATHER MILLER;**
**DANIELLE QUESNELL; LEE EVANS; and AMY CRUZ**                    **PLAINTIFFS**

**and**

**PROTECT AR RIGHTS; and FOR AR KIDS**            **INTERVENOR-PLAINTIFFS**

**V.**                    **CASE NO. 5:25-CV-5087**

**COLE JESTER, in his Official Capacity**
**as Secretary of State of Arkansas**                         **DEFENDANT**

## ORDER

Now before the Court is Defendant's Motion for Reconsideration (Doc. 111). Through no fault of the parties, the Court granted Plaintiffs leave to amend their complaint after the close of discovery and while summary judgment briefing was ongoing (Doc. 106). Plaintiffs added the First Amendment claims of two individuals, Amy Cruz and Lee Evans, whose prior convictions disqualify them from acting as paid canvassers for ballot initiatives in Arkansas under Arkansas Code § 7-9-601(d). (Doc. 107). Defendant asks the Court to: reconsider its order allowing plaintiffs to amend their complaint; reopen discovery and stay all unexpired deadlines until Defendant's interlocutory appeal is resolved; or provide a deadline for Defendant's to supplement summary judgment briefing.

The Court finds that some relief is appropriate, and Defendant's Motion (Doc. 111) is accordingly **GRANTED IN PART AND DENIED IN PART**. The Court hereby reopens discovery as to the two new Plaintiffs, Amy Cruz and Lee Evans, until **June 12, 2026**.

1

2

Both parties may file supplemental briefing by no later than **June 19, 2026**, and any responses to the supplemental briefing will be due by **June 26, 2026**.

**IT IS SO ORDERED** on this 22nd day of May, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE