**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF ARKANSAS, et al.,<br>*Plaintiffs*,<br>and<br>PROTECT AR RIGHTS, et al.<br>*Intervenor Plaintiffs*,<br>v.<br>COLE JESTER, in his official capacity as Secretary of State of Arkansas,<br>*Defendant.* | No. 5:25-cv-5087 |

**DEFENDANT'S MOTION IN LIMINE NO. 1**

Secretary of State Cole Jester respectfully asks the Court to exclude from the trial of this matter all documents, testimony, and arguments that constitute hearsay and shows the following.

1. The Federal Rules of Evidence generally prohibit the admission of hearsay.

2. The following documents constitute hearsay and should be excluded from the trial of this matter:

   a. Exhibit A: *Stumpenhaus Survey* (Doc. 24-8).

   b. Exhibit B: *For AR Kids Signature Collecting Data* (INTV_000036–000038, 000039).

   c. Exhibit C: *Survey Data* (INTV_000010–000018).

d. Exhibit D: *Excel Spreadsheet* (INTV_000041).

e. Exhibit E: *Emails* (INTV_000042–000047).

f. Exhibit F: *Email* (INTV_000048–000051).

g. Exhibit G: *FieldWorks Draft Budgets* (INTV_000052–000054).

3. A brief in support of this Motion in Limine No. 1 is being filed contemporaneously with this motion in conformance with Local Rule 7.2(a).

## CONCLUSION

The Court should exclude the foregoing documents, testimony, and arguments on the grounds that the foregoing constitute hearsay to which no exception applies.

Respectfully submitted,

TIM GRIFFIN
Attorney General

Ryan Hale
Ark. Bar No. 2024310
Senior Assistant Attorney General

Laura Purvis
Ark. Bar No. 2023239
Assistant Attorney General

Office of the Arkansas Attorney General
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 295-7419
(501) 682-2591 fax
ryan.hale@arkansasag.gov

*Counsel for Defendant*