**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

LEAGUE OF WOMEN VOTERS OF ARKANSAS,
SAVE AR DEMOCRACY, BONNIE HEATHER
MILLER, and DANIELLE QUESNELL — Plaintiffs

and

PROTECT AR RIGHTS and FOR AR KIDS — Intervenor-Plaintiffs

v. Case No. 5:25-cv-05087-TLB

COLE JESTER, Arkansas Secretary of State,
in his official capacity — Defendant

and

TIM GRIFFIN, Arkansas Attorney General,
in his official capacity — Intervenor-Defendant

**DECLARATION OF SARA STUMPENHAUS IN SUPPORT OF INTERVENOR-PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Sara Stumpenhaus, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a citizen and resident of Cabot, Arkansas. I am a volunteer for For AR Kids, an Arkansas ballot question committee.

3. For AR Kids is a sponsor of a proposed amendment to the Arkansas Constitution popularly known as the Arkansas Educational Rights Amendment of 2026. For AR Kids is trying to qualify the proposed amendment for the November

EXHIBIT
A
exhibitsticker.com

PI Exhibit 8

2026 Arkansas general election ballot. The Attorney General approved the popular name and ballot title of the proposed amendment on February 26, 2025.

4. For AR Kids is now in the signature-collecting phase of its campaign. To qualify for the ballot, For AR Kids must collect 90,704 valid signatures from qualified electors in Arkansas by July 3, 2026.

5. For AR Kids sponsored a similar proposed amendment in 2024. During that campaign, I served as a volunteer coordinator. My duties included recruiting, training, and organizing volunteer canvassers. For AR Kids operated a grassroots, volunteer-driven campaign. In 2024, about 300 active volunteer canvassers collected signatures for our proposed amendment. We did not use any paid canvassers in 2024.

6. During the 2025 legislative session, the Arkansas General Assembly passed three new laws—Act 218, Act 240, and Act 274 ("the new laws")—that make the signature-collecting process significantly more difficult.

7. Act 218 requires canvassers to verbally warn petition signers that "petition fraud is a criminal offense" before allowing them to sign. If a verbal warning is impossible, the canvasser must provide a separate written notification. If a canvasser fails to provide this warning before allowing a person to sign a petition, the canvasser can be charged with a misdemeanor.

8. Act 240 requires canvassers to view a potential signer's photo identification "to verify the identity" of the potential signer before collecting their

signature. If the canvasser cannot verify the identity of the potential signer, she may not collect the person's signature.

9. Act 274 requires that a person may only sign a petition "[a]fter reading the ballot title of the petition in the presence of a canvasser or having the ballot title read to him or her in the presence of a canvasser." If a canvasser fails to read the ballot title aloud or have the signer read the ballot title in the canvasser's presence before signing a petition, the canvasser can be charged with a misdemeanor.

10. Based on the information I have received from people who volunteered with For AR Kids during the 2024 campaign, fewer people are willing to volunteer as canvassers because of these new laws.

11. As part of our planning process for our current initiative campaign, I created a survey to gauge former volunteers' reactions to the new laws and whether they were likely to reduce the number of volunteers who were willing to associate with our campaign this year. Eighty-two people from over thirty counties responded to the survey in April 2025.

12. 42.7% of volunteers responded that Act 218, which requires canvassers to warn that petition fraud is a criminal offense, would impact their willingness to volunteer and ability to collect signatures.

13. 58.5% of volunteers responded that Act 240, which requires canvassers to verify a signer's identity through photo identification, would impact their willingness to volunteer and ability to collect signatures.

14. 69.5% of volunteers responded that Act 274, which requires the signer to read the ballot title or have it read aloud to them in the canvasser's presence, would impact their willingness to volunteer and ability to collect signatures.

15. 19.1% of volunteers reported that, with these new laws in mind, they would probably not volunteer to canvass because of the new laws. 29.3% of volunteers reported that, with these new laws in mind, they were unsure whether they will continue to volunteer as a canvasser.

16. In addition to gathering information from this survey, I've also had a number of conversations with volunteers in which they expressed frustration with the new laws because they make it harder to communicate effectively with individual voters. These laws extend the time it takes to collect a single signature, which limits the number of voters a canvasser is able to talk to and the number of signatures they are able to collect.

17. Moreover, volunteers have expressed fear of canvassing because they are scared they will be charged with criminal penalties for making simple mistakes. For AR Kids diligently trains its volunteers and the canvassers do their best to comply with everything required before collecting a signature. However, the volunteers I have talked to are scared that, through these new laws, the State is looking for ways to get canvassers in trouble and charge them with crimes. Volunteers are scared that the new laws are meant to trap them and that they will be charged with a crime or that all the signatures they collect will be disqualified if

Case 5:25-cv-05087-TLB Document 34-1 Filed 07/23/26 Page 5 of 7 PageID #60

they accidentally forget to comply with one of the new laws even once. Some have expressed that they will not continue to volunteer because of these concerns.

18. For AR Kids' canvassers are not professional canvassers. They are Arkansans who volunteer their time to engage in the civic process and advocate for an issue they care about. Many of the volunteers feel intimidated to put their own legal safety on the line to collect signatures.

19. For AR Kids has started collecting signatures in compliance with the new laws. So far, we have only sent out experienced canvassers who have spent many hours collecting signatures during past campaigns. Because of the extra time it takes to comply with the new laws and the increased unwillingness of people to sign because of the new laws, the canvassers are collecting far fewer signatures per hour than they collected in previous years.

20. Due to the slower rate of collection, For AR Kids would need to recruit significantly more volunteers than it did during the 2024 campaign to collect enough signatures to make the ballot.

21. However, based on the responses I have received from past volunteers, I believe that For AR Kids will not be able to recruit as many volunteer canvassers to participate in this campaign as it did in 2024. As a result, it will be nearly impossible for For AR Kids to collect enough signatures using volunteer canvassers to make the 2026 Arkansas general election ballot with these new laws in place.

Case 5:25-cv-05087-TLB Document 14-36 Filed 07/23/26 Page 6 of 7 PageID #61

22. In 2024, I also worked as a paid canvasser for a proposed constitutional amendment popularly known as the Arkansas Abortion Amendment of 2024.

23. In compliance with Ark. Code Ann. § 7-9-601(a)(2)(C), a sponsor of the amendment, Arkansans for Limited Government, was required to disclose my name and residential address to the Arkansas Secretary of State before I could begin collecting signatures.

24. The information submitted under Ark. Code Ann. § 7-9-601(a)(2)(C) is subject to public disclosure through the Arkansas Freedom of Information Act. The Family Council, a group opposed to the proposed amendment, obtained the information of paid canvassers, including myself, through a FOIA request to the Secretary of State and shared our names and hometowns with supporters on their website.

25. I live in a small town, so it would have been easy for someone opposed to the amendment to find my home address based just on my name and hometown. I was terrified for my family's safety when my information was disclosed publicly. I installed a new security system at my house because I was scared someone opposed to the amendment would come to my home and attack me or my family.

26. My information was shared publicly in order to intimidate me as a canvasser for the Arkansas Abortion Amendment of 2024. I do not believe that it is necessary for sponsors to disclose the personal information of paid canvassers before they collect signatures. I believe that people are less likely to work as paid

canvassers based on the experience of having their personal information shared online in 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2025

Sara Stumpenhaus