The Arkansas Educational Rights A...

"An amendment to Article 14 (Education) ... identical academic standards and identic... assessments of students and schools ... eives State or local funds; def... nds" to mean: (i) receipt by th... ty, or tax credits to cover or ... nt attending the school; (ii) ... student's parents or guardi... dits to cover or defray, in w... e school; or (iii) receipt by ... tudent's parents or guard... attending the school that ... that qualify for a State t... funds to any non-publi... standards for accred... expanding the Stat... system of free pu... childhood educa... Kindergarten; ... programs ne... assistance ... qualifying ... negative ... individ... to int... chil... st...

# For AR Kids Signature Collecting Data

Name: Cheri Ertman

City and County canvassed: Springdale, Washington County

Date: 5-3-25

Special event, if applicable: Cinco de Mayo

Number of hours worked: 3HRS

Number of signatures collected: 7

Number of people who refused to sign because of the new legal requirements (reading ballot initiative title, being told that petition fraud is a criminal offense, requirement to show ID): 0

Relevant stories regarding people who did not sign the petition because of the new legal requirements:

We were busy and it took a long time for people to read the Ballot Title. + Fumble for ID's. It also took extra time + discussion to ask for ID's - then look them up on Voter View to be sure the petition is signed with the name they have on voter registration. I spent xtra time discussing all of this. People had alot of questions

#1 - took 6 mins #2 - 10 mins #3 - 2 mins She really didn't read it + didn't sign w/her middle name - was in a hurry - she had children w/her

#4 - 10 mins - Soo many questions - Language barrier worked through it

#5 - 9 mins - many questions - long talk

#6 - 4 1/2 mins

#7 - 6 mins

— Changes are cumbersome + slow the already complicated process down

EXHIBIT B

exhibitsticker.com

**For AR Kids Signature Collecting Data**

**Name: Judy Harrison Date: May 5, 6, 7, 2025**

**City and County canvassed: Arkadelphia, Clark County**

**Special event, if applicable: NA**

**Number of hours worked: 3**

**Number of signatures collected: 12**

**Number of people who refused to sign because of the new legal requirements (reading ballot initiative title, being told that petition fraud is a criminal offense, requirement to show ID):1**

**Relevant stories regarding people who did not sign the petition because of the new legal requirements:**

**On May 5 at the Clark County Courthouse, we invited several people to sign our petition. Some of them were not registered to vote; others did not want to take the time.**

**Two women were willing to sign and patiently waited to go through the entire process. The first woman had no issue other than standing in the sun for over 10 minutes. My partner and I watched her read the ballot title.**

**The second woman listened patiently as we told her that petition fraud was a criminal offense. She produced a photo ID. Then she slowly read the ballot title. She asked us what the main points were. She had spent nearly 10 minutes in the hot sun while I attempted to shade her. Everything went fine until her name would not come up on voter view. My assistant tried**

**three times with the correct spelling and birthday, but had no success. The woman became very frustrated, turned around, and walked away. She did not respond to our apologies or thank yous.**

**On May 6, from 11-12, we set up outside Family Dollar. We asked several people if they were interested. One said that she was, but she did not have her driver's license with her. She said she would go home and quickly return with her license. She did not.**

**A man said that he too old, had no children or grandchildren in school, and did not think he'd have any business signing such a petition. Another man said that he was interested, but did not have the time to do it that day**

**Finally, on May 7, at the conclusion of the Clark County Democratic Women meeting, we asked if anyone wanted to stay to sign a petition for the Educational Rights Amendment. Eleven out of twenty people stayed. I told the group that petition fraud was a crime. They asked me to read the ballot title out loud which I did. After listening, they produced their photo IDs and pulled up VoterView on their own phones. My partner and I checked every photo ID and VoterView. All eleven signed, but several expressed statements like: "This is ridiculous." "What a waste of time!"**

**For AR Kids Signature Collecting Data**

**Name:** Sarah Thompson **Date:** 5-3-25

**City and County canvassed:** Fayetteville Washington Co.

**Special event, if applicable:** weekly Farmers Mkt on the square

**Number of hours worked:** 3

**Number of signatures collected:** 9

**Number of people who refused to sign because of the new legal requirements (reading ballot initiative title, being told that petition fraud is a criminal offense, requirement to show ID):** 6

**Relevant stories regarding people who did not sign the petition because of the new legal requirements:**

Comments from the people who DID sign included:

- ridiculous
- absurd
- cumbersome

Two people refused because they didn't want to spend the time required.

One woman refused because she ~~[illegible]~~ of her place of employment & her position at work.

3 young women (college age) refused when I showed them the length of ballot title that they would need to read. I offered to read it - not interested.