Did you volunteer in any of the petition campaign drives in 2024?

82 responses




If you answered yes in the previous question, what was your role in the campaign(s) last year? Check all that apply.

82 responses




EXHIBIT

C

INTV_000010

Approximately how many total hours did you volunteer in 2024 for the petition campaigns?

82 responses




Which petition campaigns have you participated in? Check all that apply

82 responses



What percentage of voters from your county signed the petition in 2024?

82 responses




Act 218 of the 2025 legislative session requires canvassers to disclose verbally or in writing that "petition fraud is a criminal offense" before obtaini...ture collection ability and willingness to volunteer?

82 responses



Based on your experience, do you think Act 218, will have a negative impact on people's willingness to sign?

82 responses




Act 240 of the 2025 legislative session requires canvassers to verify signers' identity using photo identification before collecting signatures. To wh...ture collection ability and willingness to volunteer?

82 responses



Based on your experience, do you think Act 240, will have a negative impact on people's willingness to sign?

82 responses




Act 274 of the 2025 legislative session requires ballot titles to be read in the canvasser's presence before the signer can sign the petition (whether by t...ure collection ability and willingness to volunteer?

82 responses



Based on your experience, do you think Act 274, will have a negative impact on people's willingness to sign?

82 responses




Act 241 of the 2025 legislative session requires a canvasser to file a "true affidavit" with the Secretary of State that certifies that the canvasser ...ture collection ability and willingness to volunteer?

82 responses



Based on your experience, do you think Act 241, will have a negative impact on people's willingness to sign?
82 responses




Act 273 of the 2025 legislative session requires the Secretary of State to refrain from counting signatures collected and witnessed by a canvasser if...re collection ability and willingness to volunteer?
82 responses



Based on your experience, do you think Act 273, will have a negative impact on people's willingness to sign?

82 responses




With all these laws in mind, what level of commitment will you have with any ballot initatives that you believe in going forward?

82 responses



If a lawsuit is filed that results in these laws being blocked by the courts so you could collect signatures under the rules of the 2024 bal...process, what level of commitment would you have?

82 responses

