| JUST NO | YES | Avg time for ye | WOULD , no ID | Willing but no time | | Not willing to provide ID a or info | | | Don't want to read | | COMMENTS or QUESTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | 21 | 8 min | 8 | 18 | | 2 | | | 5 | | "We love the LEARNS act" |
| | | | | | | | | | | | " i would, but i don't to mess with it." |
| | | | | | | | | | | | " probably wouldn't do do all that even if we had time, TBH" |
| | | | | | | | | | | | "that is a lot" |
| | | | | | | | | | | | "don't have time for all that" |
| | | | | | | | | | | | "another time" |
| | | | | | | | | | | | grandkids go to Carver and he has to pay for tutoring because discipline such an issue |
| | | | | | | | | | | | "Will after school /and summer programs take kids with disability? "Her child can't get afterschool care because of toileting. |
| | | | | | | | | | | | " I'm not going to read that" |

EXHIBIT

D

exhibitsticker.com