**From:** Kwami Abdul-Bey
**To:** Bill Kopsky; John Williams; Shelby Shroff; Kymara Seals
**Subject:** Fwd: Quote on Paid Signature Canvassers in Arkansas
**Date:** Wednesday, July 9, 2025 2:42:44 PM

---------- Forwarded message ---------
From: **Sasha Rosen** <sasha@theoutreachteam.net>
Date: Wed, Jul 9, 2025, 2:00 PM
Subject: Re: Quote on Paid Signature Canvassers in Arkansas
To: Kwami Abdul-Bey <kwami@arpanel.org>
Cc: Steve King <steve@theoutreachteam.net>, Wilson Karaman <wilson@theoutreachteam.net>

Hi Kwami,

Thanks so much for your patience. After a lot of back and forth on the new law, here's a quote for 90k signatures :

- In 2026 dollars, we project that this campaign would cost somewhere between $4.5-$5million (better to assume on the higher end).
- In 2024 dollars, we project that this campaign would have cost approximately $2.4million.

In addition to the terrible restrictions placed on canvassers, one thing to flag is that it's going to be *really* easy to get signatures stricken by an opposition campaign; all they will need to do is send a team of spies around to get canvassed, record interactions for literally a single instance in which a given canvasser didn't provide enough time for you to read the summary or tell you petition fraud was a crime, or look closely enough at your ID, etc., and then use that to challenge & strike all of that canvasser's sigs. Do that a few times over a couple months, and you've probably got enough sigs to drop from the count. For this campaign, we'd probably recommend body cams/go-pros for all canvassers for QC/record-keeping purposes. Arkansas does not have two-party consent laws for videotaping conversations in public places, only on private property. So we factored that into the cost.

Please let us know if you have any further questions, or would like to hop on a call to discuss your options for a campaign. We'd love to work with you if your campaign moves forward.

Thanks!

**Sasha Rosen**
CEO & Principal
Pronouns: she/her/hers
www.theoutreachteam.net

> On Jun 25, 2025, at 12:27 PM, Sasha Rosen <sasha@theoutreachteam.net> wrote:
>
> Hi Kwami,

EXHIBIT
E

Apologies for the delay, we're still working on this quote. We've been trying to get a better read on the new laws, but should be able to get you something by end of next week. Thanks for your patience!

Best,

**Sasha Rosen**
CEO & Principal
Pronouns: she/her/hers
www.theoutreachteam.net

> On May 23, 2025, at 2:40 PM, Sasha Rosen <sasha@theoutreachteam.net> wrote:
>
> Great - thanks so much. Will get back to you ASAP.
>
> **Sasha Rosen**
> CEO & Principal
> Pronouns: she/her/hers
> www.theoutreachteam.net
>
> > On May 23, 2025, at 2:13 PM, Kwami Abdul-Bey <kwami@arpanel.org> wrote:
> >
> > The primary issue is making universal, equitable, fully-funded and fully-accessible public education a fundamental right. The secondary issue is requiring any private educational entity that accepts public tax dollars to fully comply with the same rules, regulations and laws that public schools are required to comply with, moving forward.
> >
> > Two weeks is fine.
> >
> > ---
> > Yours in Movement Work towards Electoral Justice for All,
> >
> > **Kwami Abdul-Bey**
> > **Elections Coordinator/Organizer**
> > **Arkansas Public Policy Panel**
> >
> > 1308 West Second Street
> > Little Rock, AR 72201
> > Cell Phone: 501-442-7377
> > Email: kwami@arpanel.org

www.arpanel.org

On Fri, May 23, 2025, 3:32 PM Sasha Rosen <sasha@theoutreachteam.net> wrote:

> Hi Kwami,
>
> Thanks for reaching out! Hope you're well. We can get you these two quotes. It will take us about two weeks to put this together, does that work? Also, can you tell us anything about the issue of the ballot initiative? It will help us to determine collection rates which impact price.
>
> Thanks again, have a good weekend!
>
> **Sasha Rosen**
> CEO & Principal
> Pronouns: she/her/hers
> www.theoutreachteam.net
>
> > On May 20, 2025, at 12:02 PM, Kwami Abdul-Bey <kwami@arpanel.org> wrote:
> >
> > Greetings, Sasha and Steve:
> >
> > Emma Sharkey from The Elias Law Firm asked me to reach out to you to request that you provide us with a quote for paid canvassing in Arkansas in light of the new 13 anti-direct democracy laws that were recently signed into law. And, if you have the ability, do you mind taking the perimeters from the quote that I requested from you back in 2024 and use such to give both a quote in 2024 dollars and one in 2026 dollars. Here is the original request:
> >
> > "Will you please provide us with a quote for paid signature canvassers to work in 50 counties in Arkansas to collect 90,000 signatures between April 1, 2024 and June 30, 2024?"
> >
> > ---
> > Yours in Movement Work towards Electoral Justice for All,
> >
> > **Kwami Abdul-Bey**
> > **Elections Coordinator/Organizer**

**Arkansas Public Policy Panel**

1308 West Second Street
Little Rock, AR 72201
Cell Phone: 501-442-7377
Email: kwami@arpanel.org
www.arpanel.org

On Mon, Mar 4, 2024 at 6:18 PM Sasha Rosen <sasha@theoutreachteam.net> wrote:

> Hello Kwami,
>
> I apologize for the delay. Thank you so much for reaching out to us for this request for quote. Unfortunately, we are at capacity for ballot initiatives this cycle. I hope you are able to find a great firm to work with and please consider us in the future. We are deeply supportive of the work you do at the Panel and would love to help you in the future if capacity allows.
>
> Thank you for your understanding and best of luck to you all on your campaign.
>
> Thanks,
>
> **Sasha Rosen**
> President
> Pronouns: she/her/hers
> www.theoutreachteam.net
>
> ---------- Forwarded message ---------
> From: **Kwami Abdul-Bey** <kwami@arpanel.org>
> Date: Thu, Feb 8, 2024, 2:33 PM
> Subject: Quote on Paid Signature Canvassers in Arkansas
> To: steve@theoutreachteam.net

<steve@theoutreachteam.net>

Greetings,

Will you please provide us with a quote for paid signature canvassers to work in 50 counties in Arkansas to collect 90,000 signatures between April 1, 2024 and June 30, 2024?

---
Yours in Movement Work towards Electoral Justice for All,

**Kwami Abdul-Bey**
**Elections Coordinator/Organizer**
**Arkansas Public Policy Panel**

1308 West Second Street
Little Rock, AR 72201
Cell Phone: 501-442-7377
Email: kwami@arpanel.org
www.arpanel.org

--
Wilson Karaman
Political Director
(516) 322-6566
The Outreach Team