**From:** Kwami Abdul-Bey
**To:** Bill Kopsky; John Williams; Shelby Shroff
**Subject:** Fwd: Pricing for you constitutional amendments
**Date:** Monday, July 14, 2025 10:47:13 AM
**Attachments:** noname

---------- Forwarded message ---------
From: **Harold Hubschman** <harold@hubschman.com>
Date: Mon, Jul 14, 2025, 9:57 AM
Subject: Pricing for you constitutional amendments
To: Kwami Abdel-Bey <kwami@arpanel.org>

Kwami, I am very sorry it's taken me such a long time to give you a more concrete proposal for your constitutional amendments in Arkansas. It took me longer than I expected because there is, as you know, a new law in Arkansas that makes it all but impossible to collect signatures for ballot initiatives and we wanted to make sure we're giving you a realistic proposal.

I am referring specifically to the newly enacted requirements that a petitioner must read the summary out loud to every signer, and that in order to sign the petition, the voter must show a government issued photo ID. Speaking for myself, out of solidarity with the process, I sign almost every petition I'm handed, even ones that I don't necessarily agree with, other than a small number of issues that are simply too heinous (such as prohibiting abortion or restricting trans rights.) So ***I*** would take the time to listen to the summary being read just because I'd be curious. But I'm an anomaly. Very few voters will have the patience. And even I would not show my ID to a stranger who's about to get my signature and home address.

We spent quite a bit of time trying to figure out how to price an initiative with these rules in place. I'm sure that there is a price, but it would be so prohibitively high that I'm not even including it in our proposal. I doubt it's even practical for you to consider that option.

I know that the League of Women Voters is challenging these laws. David Couch and Paul Rossi, who I introduced you to, may be helping them. Based on my conversations with Paul, he believes it's possible to get these laws overturned in the courts, or at the very least, suspended for the duration of your signature drive.

Arkansas has two other laws that are burdensome but that we can deal with for a price that is not unreasonable. One is that petitioners must be Arkansas residents. The second is that we can't pay our petitioners per signature, but we are required to pay them per hour or week. The following numbers assume that the two signature killing rules (reading the summary and showing government ID) will be overturned or suspended for the duration of our drive. These numbers also assume that the prohibitions against non-resident petitioners and pay per signature are both still in place. If Paul and David can get these waived as well (and they have told me that's highly probable) then we can improve on these prices.

You asked to price out a number of variants for one or two constitutional amendments, each requiring 100,000 valid signatures, which includes a cushion; for completion dates of either April 1, 2026 or July 1; 2026; and for us to collect either

EXHIBIT
F

exhibitsticker.com

50K, 75K or 100K signatures on each initiative. Your reason for requesting an earlier completion date is to leave time for a legal challenge, so I am also giving you a third price to be done by February 1, 2026. This will be quite expensive, since we'd need to largely be done before winter. But if for some reason you feel you need a very big window to deal with legal challenges, we can do it, so I'm including it as well.
Finally, you asked for some thoughts about how we could help you train volunteers, and how much that would cost.
Our basic price, to collect 100K valid signatures on one initiative with a deadline of July 1, 2026 is $39 per valid signature, for a total contract price of $3.9 million. By way of comparison, in 2024 there was a constitutional amendment on the ballot in Arkansas (Issue 2, to repeal a casino license) that also required 100K signatures, which was completed for a cost of $3.75 million on this same schedule.
(I would not consider it unreasonable for you to call that vendor to get a bid. They actually do good work and I have nothing negative to say about them. But if you do call them, keep in mind that unlike them, we are the only signature vendor in the country whose principals are highly experienced Democratic Party field organizers, and who are equipped to help you integrate your volunteer signature drive seamlessly into our paid drive. One of my partners (Alex Arsenault) has been the state level field director for a number of ballot initiatives in Massachusetts and Maine. My other partner (Jim Fleming) has a national reputation as an organizer who has been brought on many times by the Democratic National Committee during the six months prior to presidential elections to run parts of their national field organizing campaign. No other vendor can offer that level of expertise to help you build a volunteer organization.)
Our price to collect 100K valid signatures on one initiative with a deadline of April 1, 2026 is $42 per valid signature, for a total contract price of $4. 2 million. Our price to collect 100K valid signatures on one initiative with a deadline of February 1, 2026 is $45 per valid signature, for a total contract price of $4.5 million.
If you hire us to do two simultaneous signature drives under one of the above three scenarios, we can lower our price by passing our cost savings from the resulting economies of scale on to you. In the case of 100K signatures on each of two initiatives, with a completion date of July 1, 2026, our per signature price will be $36 per valid signature for a total contract price of $7.2 million for 200K signatures. In the case of an April 1, 2026 deadline, the price per valid signature will be $39, for a total contract price of $7.8 million for 200K signatures. In the case of an Feb 1, 2026 deadline, the price per valid signature will be $42, for a total contract price of $8.4 million for 200K signatures.
In the case of hiring us to collect only a portion of your signatures, rather than give you specific prices for exactly 50K or exactly 75K signatures, with the remainder done by your volunteers, we can leave this option flexible, and based on our success in helping you build a volunteer petitioning organization, we can continue our paid petitioning until our combined efforts reach 100K signatures per issue.
We will require that you hire us for a minimum of 50K signatures per initiative. For each of the above scenarios, our price per valid signature will be the same as quoted above for that scenario, with the total contract price exactly half of the total price above. So for 50K valid signatures on one initiative due on July 1, 2026, our price will be $39 per valid signature for 50K, for a total contract price of $1.95 million. For two initiatives of 50K signatures each, our price will be $36 per valid signature for 100K

valid signatures, for a total contract price of $3.6 million.
For one and two initiatives at 50K each due on April 1, 2026 and on February 1, 2026, the per signature prices will be the same as the corresponding per valid signature prices above, and total contract prices will be exactly half of the corresponding total contract prices above. For 50K signatures on two initiatives due on April 1, 2026, our total price will be $3.9 million, and for 50K signatures on two initiatives due on February 1, 2026, our total price will be $4.2 million.
For any number of signatures over 50K, our price will be the same per valid signature price as listed for the corresponding scenario above, multiplied by however many valid signatures we deliver to you. This allows us and your organization the flexibility to see how successful your volunteers will be and have us collect the specific number of signatures you are falling short. If your team catches fire, you'll be able to save money by buying only the number of signatures you actually need. And if they're falling short, we will step in and make up the difference.
Our per valid signature price includes our cost of verifying each signature, to make sure we have an exact count of how many valid signatures we've collected, to eliminate all duplicates and to track their geographic distribution, as required by the state process. We will also verify and track all of your volunteer signatures for a straight price of $1.50 to $2 per raw signature, depending on how expansive you want our oversight of your volunteers to be. (A raw signature is any signature that's on paper, not just the valid ones.) In addition to giving you exact real time metrics for your volunteer signature drive, we'll also be able to give you a report on the quality of each individual volunteer petitioner's work. If there are issues with the quality of a petitioner's work, this will allow us to catch it so you can retrain them.
Also please keep in mind, as I explained above, that we can improve on these prices if the lawyers are able to eliminate or suspend the prohibition against paying per signature and against hiring out of state petitioners.
As for us giving you a price to help train and mobilize your volunteers, there are so many different ways we could work with your organization, and so many options for you to consider, that without more discussion, I can't give you meaningful numbers. For example, how many signatures do you want us to do vs. your volunteers? Will we be running our paid drive in parallel with your volunteers, or will you want to either start first and see how far you get, or alternatively, let us knock out a fixed amount and then see if your volunteers can complete the project? Also, how many volunteers will you actually have? As I tell clients all the time, we don't need to make all the money. If we can help you reliably collect a large number of signatures using your volunteers, and thereby saving you a lot of money, we're happy to help you do that. (I hope when you are governor of Arkansas, you'll remember that.)
We are very happy to spend a lot of time working through more nuanced options with you until we find the best possible arrangement for your campaign. But here are two options that will illustrate what's possible.
1) Straight consulting; we will advise your field team on how to train, mobilize and oversee your volunteers. We will do this primarily over the phone, but one of us (probably Alex) will travel periodically to Arkansas to meet with you and your team in person.
2) Integrate your volunteers into our paid drive: we will team up each of your volunteers with one of our professional petitioners, and our petitioner will turn your volunteer into a good enough petitioner that the next time we are offered a project in

Arkansas, we'd want to hire that petitioner ourselves. The benefit of this approach is that after your volunteer has worked with our pro for two or three weeks, they'll be good enough that they can go out on their own as part of your volunteer component. We will then replace them with another green volunteer to work with our pro. Rinse and repeat.

If you hire us to collect a minimum of 50K valid signatures on each of your issues, we will do both options 1 and 2 for free as part of our overall signature contract.

Finally, we can also improve on the above prices if, through your connections, you are able to help us pick up a paid signature drive unrelated to your campaign. We will also give you and them the price break listed above if you only do one drive but they add a second.

Please let me know if you'd like to discuss this further. The issues you described to me in your initial email are fantastic. We'd love to help you pass them into law.

hh

Harold Hubschman
harold@hubschman.com
www.SignatureDrive.com
www.facebook.com/hubschman
c: 617-879-8149