# FieldWorks Draft Budgets
## Arkansas 2026 Constitutional Amendments
## Executive Summary

| Qualification Scenario | Total Signatures to Collect | Weeks to Collect | Petition Shifts Needed | Estimated Total Cost |
|---|---|---|---|---|
| Current Rules | 146,522 | 8 | 2,616 | $ 1,908,532 |
| Proposed New Rules | 160,476 | 16.5 | 5,731 | $ 3,690,122 |

EXHIBIT
G

**FieldWorks Draft Budget**
**Arkansas Constitutional Amendment**
**Current Rules**

| Signature Collection | | Goals |
|---|---|---|
| Estimated Signature Requirements | Estimated Valid Signatures Required | 90,704 |
| | Buffer | 5% |
| | Valid Signature Goal | 95,239 |
| | Volunteer Valid Goal (65% Valid) | 0 |
| | Volunteer Total Signatures Goal | 0 |
| | Paid Valid Goal | 95,239 |
| | Gross FW Signature Goal | 146,522 |
| Estimated Sites-Based Petition Performance | Paid Signatures Per Hour | 9.3 |
| | Signatures Per Shift | 56.0 |
| | Total Paid Shifts | 2,616 |
| | Signatures from Paid Sites | 146,522 |
| | Projected Sites-Based Validity Rate | 65.0% |
| | Valid Signatures from Paid Sites | 95,239 |
| Estimated Timeline | Estimated Weeks Needed | 8.0 |
| | Total Days for Collection | 49 |
| | Average Paid Shifts Per Day | 54 |

| Core Program Management Staff and Costs | Description | Qty | Weeks | Cost | Total | Notes |
|---|---|---|---|---|---|---|
| Program Manager | Overall Program Manager | 1 | 9.0 | $ 2,057.00 | $ 18,513.00 | |
| Office Director | Petition Office Directors | 3 | 8.0 | $ 1,485.00 | $ 35,640.00 | |
| Deputy Director | Deputy Director | 1 | 8.0 | $ 1,210.00 | $ 9,680.00 | |
| Roving Directors | | 2 | 8.0 | $ 1,347.50 | $ 21,560.00 | |
| PTO | Estimated PTO for Directors | 1 | 1.0 | $ 6,549.64 | $ 6,549.64 | |
| Payroll Taxes & Costs | Payroll Taxes, Processing, Workers Comp, Insurance | 1 | 1.0 | $ 25,617.90 | $ 25,617.90 | |
| Director Benefits | Healthcare/Cell Phone/Computer | 7 | 8.0 | $ 323.40 | $ 18,110.40 | |
| Program Manager Costs | Housing, Travel, Rental Car and other Transportation | 1 | 8.0 | $ 1,760.00 | $ 14,080.00 | |
| Staff Housing Needs | Staff Housing Needs | 6 | 8.0 | $ 825.00 | $ 39,600.00 | |
| Staff Transportation Needs | Staff Transportation Needs | 6 | 8.0 | $ 330.00 | $ 15,840.00 | |
| Roving Director Addiitonal Costs | Per Diem/Travel for In-State Roving Director | 2 | 8.0 | $ 247.50 | $ 3,960.00 | |
| Program Launch Staff Training | Lodging, Training Overhead, Supply Shipping, and Travel | 1 | 1 | $ 58,723.50 | $ 58,723.50 | |
| Office Setup and In-Office Training | Setup Staff Travel, Office Setup Supplies | 3 | 1 | $ 6,744.10 | $ 20,232.30 | |
| Transportation To and From Project | Flights In and Out of State | 6 | 1.0 | $ 990.00 | $ 5,940.00 | |
| Training Visits | Compliance Staff Visits and Equipment | 3 | 8.0 | $ 687.50 | $ 16,500.00 | |
| Management Fee | FieldWorks Management and Central Staff Costs | 1 | 1 | $ 210,000.00 | $ 210,000.00 | |
| **Management Team Total** | | | | | **$ 520,546.74** | **27.27%** |

| Canvasser Team | Description | Qty | Weeks | Cost | Total | Notes |
|---|---|---|---|---|---|---|
| Paid Site Shifts | Locally Recruited Employees | 2,616 | 1 | $ 200.20 | $ 523,815.60 | $22-$25/Hour |
| Hourly Staff Bonuses | Recruitment and Performance Bonuses, Projected PTO | 2,616 | 1 | $ 34.24 | $ 89,587.64 | |
| Payroll Taxes & Costs | Payroll Taxes, Processing, Workers Comp, Insurance | 1 | 1 | $ 184,020.97 | $ 184,020.97 | |
| Recruitment | Onboarding | 2,616 | 1.0 | $ 22.00 | $ 57,562.15 | |
| Background Checks and Screening | Criminal and Sex Offender Checks | 2,170 | 1 | $ 27.50 | $ 59,667.30 | |
| **Canvasser Team Total** | | | | | **$ 914,653.67** | **47.92%** |

| Canvass Shift Support | Description | Qty | Amt | Cost | Total | Notes |
|---|---|---|---|---|---|---|
| Petitioner Support | Materials, Water, Snacks | 2,616 | 1 | $ 5.50 | $ 14,390.54 | |
| Transportation | Transportation To and From Work Locations | 2,616 | 1 | $ 24.75 | $ 64,757.42 | |
| Extended Shifts | Longer Shifts to meet Distribution Requirements | 392 | 1 | $ 63.25 | $ 24,823.68 | 15% of Shifts to meet County Requirement |
| **Canvass Shift Support Total** | | | | | **$ 103,971.64** | **5.45%** |

| Quality Control and Validation | Description | Qty | Amt | Cost | Total | Notes |
|---|---|---|---|---|---|---|
| Quality Control Director | Quality Control Director | 1 | 8.0 | $ 1,210.00 | $ 9,680.00 | |
| Validation and Quality Control Shifts | Validation, Scanning, Visual QC Shifts | 147 | 1 | $ 132.00 | $ 19,404.00 | |
| Hourly Data Verification | AI-Generated Data Verification and Queue Clearance Shifts | 175 | 1 | $ 132.00 | $ 23,100.00 | |
| Payroll Taxes & Costs | Payroll Taxes, Processing, Workers Comp, Insurance | 1 | 1 | $ 15,655.20 | $ 15,655.20 | |
| Petition Scanning | Handwriting Conversion Costs/Scanning | 35,165 | 1 | $ 0.72 | $ 25,318.98 | Projected Petition Pages to Scan |
| Director Travel to and From | Travel Costs for Non-Local Staff | 1 | 1 | $ 825.00 | $ 825.00 | |
| Director Transportation, Housing and Benefits | Flights, Rental Car, Housing, Cell Phone, Computer | 1 | 8.0 | $ 1,148.40 | $ 9,187.20 | |
| GPS Tracking Phone | Tracking, Communication, Safety, Real Time Data and QC | 136 | 2.0 | $ 198.00 | $ 53,673.84 | |
| Notary Public | Notaries for Circulator Affidavit | 977 | 1 | $ 55.00 | $ 53,724.68 | |
| Background Checks | Background Checks for QC and Notary Staff | 34 | 1 | $ 27.50 | $ 923.08 | |
| Canvasser Support | Materials, Water, Snacks for QC Shifts | 147 | 1 | $ 4.40 | $ 646.80 | |
| Petition Shipping | Shipping Petitions to Central QC Office | 147 | 1 | $ 82.50 | $ 12,127.50 | |
| Secure Petition Storage | Secure Storage of Petitions | 57 | 1 | $ 60.50 | $ 3,457.18 | |
| Petition Submission | Security Guards, Staging Area, Transport of Petitions | 1 | 1 | $ 55,000.00 | $ 55,000.00 | |
| Validation Website and Voter File | Validation systems | 1 | 1 | $ 7,700.00 | $ 7,700.00 | |
| Office Equipment | Laptops, Scanners, Barcode Scanners | 6 | 2 | $ 165.00 | $ 1,980.00 | |
| Office Supplies | Supplies for Office, Printing, and Shipping Costs | 322 | 1 | $ 6.05 | $ 1,948.10 | |
| **Quality Control and Validation Total** | | | | | **$ 294,351.56** | **15.42%** |

| Office and Other Overhead | Description | Qty | Months | Cost | Total | Notes |
|---|---|---|---|---|---|---|
| Office Rent and Utilities | Office Rent and Utilities, Internet, etc | 3 | 2 | $ 5,493.40 | $ 32,960.40 | |
| Office Supplies and Shipping | Supplies for Office, Printing, and Shipping Costs | 3 | 2 | $ 7,007.92 | $ 42,047.52 | |
| **Office Space/Basic Overhead** | | | | | **$ 75,007.92** | **3.9%** |
| **Total** | | | | | **$ 1,908,532** | |

Prepared by FieldWorks, LLC

**FieldWorks Draft Budget**
**Arkansas Constitutional Amendment**
**With Proposed Additional Rules**

| Signature Collection | | Goals |
|---|---|---|
| Estimated Signature Requirements | Estimated Valid Signatures Required | 90,704 |
| | Buffer | 15% |
| | Valid Signature Goal | 104,310 |
| | Volunteer Valid Goal (65% Valid) | 0 |
| | Volunteer Total Signatures Goal | 0 |
| | Paid Valid Goal | 104,310 |
| | Gross FW Signature Goal | 160,476 |
| Estimated Sites-Based Petition Performance | Paid Signatures Per Hour | 4.7 |
| | Signatures Per Shift | 28.0 |
| | Total Paid Shifts | 5,731 |
| | Signatures from Paid Sites | 160,476 |
| | Projected Sites-Based Validity Rate | 65.0% |
| | Valid Signatures from Paid Sites | 104,310 |
| Estimated Timeline | Estimated Weeks Needed | 16.5 |
| | Total Days for Collection | 108 |
| | Average Paid Shifts Per Day | 54 |

| Core Program Management Staff and Costs | Description | Qty | Weeks | Cost | Total | Notes |
|---|---|---|---|---|---|---|
| Program Manager | Overall Program Manager | 1 | 17.5 | $ 2,057.00 | $ 35,997.50 | |
| Office Director | Petition Office Directors | 3 | 16.5 | $ 1,485.00 | $ 73,507.50 | |
| Deputy Director | Deputy Director | 1 | 16.5 | $ 1,210.00 | $ 19,965.00 | |
| Roving Directors | | 2 | 16.5 | $ 1,347.50 | $ 44,467.50 | |
| PTO | Estimated PTO for Directors | 1 | 1.0 | $ 13,341.01 | $ 13,341.01 | |
| Payroll Taxes & Costs | Payroll Taxes, Processing, Workers Comp, Insurance | 1 | 1.0 | $ 52,181.25 | $ 52,181.25 | |
| Director Benefits | Healthcare/Cell Phone/Computer | 7 | 16.5 | $ 323.40 | $ 37,352.70 | |
| Program Manager Costs | Housing, Travel, Rental Car and other Transportation | 1 | 16.5 | $ 1,760.00 | $ 29,040.00 | |
| Staff Housing Needs | Staff Housing Needs | 6 | 16.5 | $ 825.00 | $ 81,675.00 | |
| Staff Transportation Needs | Staff Transportation Needs | 6 | 16.5 | $ 330.00 | $ 32,670.00 | |
| Roving Director Addiitonal Costs | Per Diem/Travel for In-State Roving Director | 2 | 16.5 | $ 247.50 | $ 8,167.50 | |
| Program Launch Staff Training | Lodging, Training Overhead, Supply Shipping, and Travel | 1 | 1 | $ 58,723.50 | $ 58,723.50 | |
| Office Setup and In-Office Training | Setup Staff Travel, Office Setup Supplies | 3 | 1 | $ 6,744.10 | $ 20,232.30 | |
| Transportation To and From Project | Flights In and Out of State | 6 | 1.0 | $ 990.00 | $ 5,940.00 | |
| Training Visits | Compliance Staff Visits and Equipment | 3 | 16.5 | $ 687.50 | $ 34,031.25 | |
| Management Fee | FieldWorks Management and Central Staff Costs | 1 | 1 | $ 406,000.00 | $ 406,000.00 | |
| **Management Team Total** | | | | | **$ 953,292.01** | **25.83%** |

| Canvasser Team | Description | Qty | Weeks | Cost | Total | Notes |
|---|---|---|---|---|---|---|
| Paid Site Shifts | Locally Recruited Employees | 5,731 | 1 | $ 200.20 | $ 1,147,405.60 | $22-$25/Hour |
| Hourly Staff Bonuses | Recruitment and Performance Bonuses, Projected PTO | 5,731 | 1 | $ 34.24 | $ 196,239.60 | |
| Payroll Taxes & Costs | Payroll Taxes, Processing, Workers Comp, Insurance | 1 | 1 | $ 403,093.56 | $ 403,093.56 | |
| Recruitment | Onboarding | 5,731 | 1.0 | $ 22.00 | $ 126,088.53 | |
| Background Checks and Screening | Criminal and Sex Offender Checks | 2,170 | 1 | $ 27.50 | $ 59,667.30 | |
| **Canvasser Team Total** | | | | | **$ 1,932,494.59** | **52.37%** |

| Canvass Shift Support | Description | Qty | Amt | Cost | Total | Notes |
|---|---|---|---|---|---|---|
| Petitioner Support | Materials, Water, Snacks | 5,731 | 1 | $ 5.50 | $ 31,522.13 | |
| Transportation | Transportation To and From Work Locations | 5,731 | 1 | $ 24.75 | $ 141,849.59 | |
| Extended Shifts | Longer Shifts to meet Distribution Requirements | 860 | 1 | $ 63.25 | $ 54,375.68 | 15% of Shifts to meet County Requirement |
| **Canvass Shift Support Total** | | | | | **$ 227,747.40** | **6.17%** |

| Quality Control and Validation | Description | Qty | Amt | Cost | Total | Notes |
|---|---|---|---|---|---|---|
| Quality Control Director | Quality Control Director | 1 | 16.5 | $ 1,210.00 | $ 19,965.00 | |
| Validation and Quality Control Shifts | Validation, Scanning, Visual QC Shifts | 324 | 1 | $ 132.00 | $ 42,768.00 | |
| Hourly Data Verification | AI-Generated Data Verification and Queue Clearance Shifts | 192 | 1 | $ 132.00 | $ 25,344.00 | |
| Payroll Taxes & Costs | Payroll Taxes, Processing, Workers Comp, Insurance | 1 | 1 | $ 26,423.10 | $ 26,423.10 | |
| Petition Scanning | Handwriting Conversion Costs/Scanning | 38,514 | 1 | $ 0.72 | $ 27,730.31 | Projected Petition Pages to Scan |
| Director Travel to and From | Travel Costs for Non-Local Staff | 1 | 1 | $ 825.00 | $ 825.00 | |
| Director Transportation, Housing and Benefits | Flights, Rental Car, Housing, Cell Phone, Computer | 1 | 16.5 | $ 1,148.40 | $ 18,948.60 | |
| GPS Tracking Phone | Tracking, Communication, Safety, Real Time Data and QC | 136 | 4.1 | $ 198.00 | $ 110,702.30 | |
| Notary Public | Notaries for Circulator Affidavit | 1,070 | 1 | $ 55.00 | $ 58,841.31 | |
| Background Checks | Background Checks for QC and Notary Staff | 25 | 1 | $ 27.50 | $ 696.93 | |
| Canvasser Support | Materials, Water, Snacks for QC Shifts | 324 | 1 | $ 4.40 | $ 1,425.60 | |
| Petition Shipping | Shipping Petitions to Central QC Office | 324 | 1 | $ 82.50 | $ 26,730.00 | |
| Secure Petition Storage | Secure Storage of Petitions | 63 | 1 | $ 60.50 | $ 3,786.44 | |
| Petition Submission | Security Guards, Staging Area, Transport of Petitions | 1 | 1 | $ 55,000.00 | $ 55,000.00 | |
| Validation Website and Voter File | Validation systems | 1 | 1 | $ 7,700.00 | $ 7,700.00 | |
| Office Equipment | Laptops, Scanners, Barcode Scanners | 6 | 4 | $ 165.00 | $ 4,083.75 | |
| Office Supplies | Supplies for Office, Printing, and Shipping Costs | 516 | 1 | $ 6.05 | $ 3,121.80 | |
| **Quality Control and Validation Total** | | | | | **$ 434,092.13** | **11.76%** |

| Office and Other Overhead | Description | Qty | Months | Cost | Total | Notes |
|---|---|---|---|---|---|---|
| Office Rent and Utilities | Office Rent and Utilities, Internet, etc | 3 | 5 | $ 4,948.10 | $ 74,221.50 | |
| Office Supplies and Shipping | Supplies for Office, Printing, and Shipping Costs | 3 | 5 | $ 4,551.62 | $ 68,274.30 | |
| **Office Space/Basic Overhead** | | | | | **$ 142,495.80** | **3.9%** |
| **Total** | | | | | **$ 3,690,122** | |

Prepared by FieldWorks, LLC